**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-03197-BNB
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

ALFRED LAWRENCE MONTANO,

    Applicant,

v.

JOHN DAVIS, Warden, and
JOHN SUTHERS, Attorney General,

    Respondents.

## ORDER DIRECTING APPLICANT TO CURE DEFICIENCIES

Applicant, Alfred Lawrence Montano, is a prisoner in the custody of the Colorado Department of Corrections (DOC) who currently is incarcerated at the DOC correctional facility in Buena Vista, Colorado.  Applicant has submitted *pro se* a motion titled "Motion for Stay of One Year Period of Limitation to Apply for Application for Writ of Habeas Corpus, or Enlargment [sic] of Time" (ECF No. 1).  Mr. Montano has failed to submit an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 and either to pay the $5.00 filing fee or in the alternative to submit a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action.

As part of the Court's review pursuant to D.C.COLO.LCivR 8.2, the Court has determined that the submitted motion is deficient as described in this Order.  Applicant will be directed to cure the following if he wishes to pursue his claims.  Any papers that

Applicant files in response to this Order must include the civil action number on this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)   X   is not submitted
(2)   __  is missing affidavit
(3)   __  is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)   X   is missing certificate showing current balance in prison account
(5)   __  is missing required financial information
(6)   __  is missing an original signature by the prisoner
(7)   __  is not on proper form (must use the court's current form)
(8)   __  names in caption do not match names in caption of complaint, petition or habeas application
(9)   __  An original and a copy have not been received by the court. Only an original has been received.
(10)  X   other: Submission of Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Action and certified statement of the current funds in Applicant's inmate account is only necessary if $5.00 filing fee is not paid in advance.

**Complaint, Petition or Application**:
(11)  X   is not submitted
(12)  __  is not on proper form (must use the court's current form)
(13)  __  is missing an original signature by the prisoner
(14)  __  is missing page nos. __
(15)  __  uses et al. instead of listing all parties in caption
(16)  __  An original and a copy have not been received by the court. Only an original has been received.
(17)  __  Sufficient copies to serve each defendant/respondent have not been received by the court.
(18)  __  names in caption do not match names in text
(19)  __  other:

Accordingly, it is

ORDERED that Applicant cure the deficiencies designated above **within thirty days from the date of this Order**. Any papers that Applicant files in response to this Order must include the civil action number on this Order. It is

FURTHER ORDERED that Applicant shall obtain the Court-approved forms used

2

in filing a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action and an Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov.  It is

FURTHER ORDERED that, if Applicant fails to cure the designated deficiencies **within thirty days from the date of this Order**, the action will be dismissed without further notice.

DATED December 7, 2012, at Denver, Colorado.

BY THE COURT:

s/Boyd N. Boland
United States Magistrate Judge