IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03197-LTB

ALFRED LAWRENCE MONTANO,

    Applicant,

v.

JOHN DAVIS, Warden, and
JOHN SUTHERS, Attorney General,

    Respondents.

## JUDGMENT

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on January 15, 2013, it is hereby

    ORDERED that Judgment is entered in favor of Respondents and against Applicant.

    DATED at Denver, Colorado, this 15 day of January, 2013.

                                  FOR THE COURT,

                                  JEFFREY P. COLWELL, Clerk

                                  By: s/ S. Grimm
                                      Deputy Clerk